# EXHIBIT C
# REDACTED

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a
y a r
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

| | |
|---|---|
| **Balance** | $3,292.30 |
| **Invoice #** | 02309 |
| **Invoice Date** | May 16, 2024 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | May 16, 2024 |

## Complaint Preparation

### Flat Fees

| DATE | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/16/2024 | Flat Fee | | $25,000.00 |
| | | Flat Fee Total: | **$25,000.00** |

### Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|---|---|---|---|---|---|---|
| Interest | Sub-Total | % - Percentage | ██████████ | $25,000.00 | 1.5% | $375.00 |
| Interest | Sub-Total | % - Percentage | ██████████ | $25,000.00 | 1.5% | $375.00 |
| Interest | Sub-Total | % - Percentage | ██████████ | $25,000.00 | 1.5% | $375.00 |
| Interest | Sub-Total | % - Percentage | ██████████ | $25,000.00 | 1.5% | $375.00 |
| Interest | Sub-Total | % - Percentage | ██████████ | $25,000.00 | 1.5% | $375.00 |
| Interest | Sub-Total | % - Percentage | ██████████ | $25,000.00 | 1.5% | $375.00 |
| | | | | | Addition Total: | **$2,250.00** |

| | |
|---|---|
| Flat Fee Sub-Total: | $25,000.00 |
| **Sub-Total:** | $25,000.00 |
| Additions: | $2,250.00 |
| **Total:** | $27,250.00 |
| **Amount Paid:** | $23,957.70 |
| **BALANCE DUE:** | **$3,292.30** |

## Terms & Conditions:

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Jul 15, 2024 | Cash | $1,250.00 | Darlene Dos Santos (Staff) | Operating |
| Payment Received | Jul 15, 2024 | Other | $1,250.00 | Darlene Dos Santos (Staff) | Operating |
| Payment Received | Jul 8, 2024 | Cash | $2,500.00 | Meghan Niego (Staff) | Operating |
| Payment Received | Jul 1, 2024 | Cash | $2,500.00 | Meghan Niego (Staff) | Operating |
| Payment Received | Jun 21, 2024 | Cash | $2,500.00 | Darlene Dos Santos (Staff) | Operating |
| Payment Received | Jun 13, 2024 | Trust | $1,957.70 | Meghan Niego (Staff) | Operating |
| Payment Received | May 23, 2024 | Cash | $7,000.00 | Meghan Niego (Staff) | Operating |
| Payment Received | Apr 16, 2024 | Trust | $5,000.00 | Darlene Dos Santos (Staff) | Operating |

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a
y a r
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

| | |
|---|---|
| **Balance** | $36,890.81 |
| **Invoice #** | 02310 |
| **Invoice Date** | May 16, 2024 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | May 16, 2024 |

## TM Litigation Goldenberry Farms

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 03/26/2024 | SK | | $495.00 | 2.5 | $1,237.50 |
| 03/30/2024 | STK | | $716.00 | 0.4 | $286.40 |
| 04/04/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/05/2024 | SK | | $495.00 | 0.3 | $148.50 |
| 04/07/2024 | SK | | $495.00 | 0.3 | $148.50 |
| 04/09/2024 | STK | | $716.00 | 0.5 | $358.00 |
| 04/11/2024 | PP | | $716.00 | 1.6 | $1,145.60 |
| 04/11/2024 | PP | | $716.00 | 0.2 | $143.20 |
| 04/16/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 04/17/2024 | SK | | $495.00 | 0.7 | $346.50 |
| 04/17/2024 | GW | | $716.00 | 0.2 | $143.20 |
| 04/17/2024 | NK | | $716.00 | 0.2 | $143.20 |
| 04/17/2024 | CM | | $922.00 | 0.3 | $276.60 |

| Date | Code | | Rate | Hours | Amount |
|------|------|---|------|-------|--------|
| 04/18/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/18/2024 | PP | | $716.00 | 0.3 | $214.80 |
| 04/18/2024 | SK | | $495.00 | 0.6 | $297.00 |
| 04/18/2024 | GW | | $716.00 | 0.5 | $358.00 |
| 04/19/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/19/2024 | PP | | $716.00 | 0.5 | $358.00 |
| 04/21/2024 | SK | | $495.00 | 0.3 | $148.50 |
| 04/21/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 04/21/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/22/2024 | SK | | $495.00 | 3.7 | $1,831.50 |
| 04/22/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/22/2024 | GW | | $716.00 | 1.9 | $1,360.40 |
| 04/22/2024 | GW | | $716.00 | 0.9 | $644.40 |
| 04/22/2024 | GW | | $716.00 | 0.3 | $214.80 |
| 04/22/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 04/23/2024 | SK | | $495.00 | 0.2 | $99.00 |
| 04/23/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/23/2024 | GW | | $716.00 | 0.4 | $286.40 |
| 04/24/2024 | SK | | $495.00 | 0.2 | $99.00 |
| 04/24/2024 | GW | | $716.00 | 1.3 | $930.80 |
| 04/25/2024 | SK | | $495.00 | 2.1 | $1,039.50 |
| 04/25/2024 | GW | | $716.00 | 1.9 | $1,360.40 |
| 04/25/2024 | GW | | $716.00 | 0.3 | $214.80 |

| | | | | |
|---|---|---|---|---|
| 04/25/2024 | CM | $922.00 | 0.3 | $276.60 |
| 04/26/2024 | SK | $495.00 | 1.8 | $891.00 |
| 04/26/2024 | CM | $922.00 | 0.4 | $368.80 |
| 04/26/2024 | GW | $716.00 | 2.3 | $1,646.80 |
| 04/28/2024 | CM | $922.00 | 0.1 | $92.20 |
| 04/29/2024 | SK | $495.00 | 0.1 | $49.50 |
| 04/29/2024 | GW | $716.00 | 0.1 | $71.60 |
| 04/30/2024 | SK | $495.00 | 0.1 | $49.50 |
| 04/30/2024 | GW | $716.00 | 0.2 | $143.20 |
| 05/01/2024 | SK | $495.00 | 0.2 | $99.00 |
| 05/01/2024 | CM | $922.00 | 0.1 | $92.20 |
| 05/01/2024 | GW | $716.00 | 0.9 | $644.40 |
| 05/02/2024 | SK | $495.00 | 0.6 | $297.00 |
| 05/02/2024 | CM | $922.00 | 0.1 | $92.20 |
| 05/02/2024 | GW | $716.00 | 0.6 | $429.60 |
| 05/03/2024 | SK | $495.00 | 0.3 | $148.50 |
| 05/03/2024 | CM | $922.00 | 0.1 | $92.20 |
| 05/03/2024 | GW | $716.00 | 0.6 | $429.60 |
| 05/06/2024 | GW | $716.00 | 0.9 | $644.40 |

| DATE | ACTIVITY | | COST | QUANTITY | LINE TOTAL |
|------|----------|--|------|----------|------------|
| 05/07/2024 | GW | | $716.00 | 1.2 | $859.20 |
| 05/08/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 05/08/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 05/09/2024 | STK | | $716.00 | 0.3 | $214.80 |
| 05/09/2024 | SK | | $495.00 | 0.6 | $297.00 |
| 05/09/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 05/09/2024 | GW | | $716.00 | 1.3 | $930.80 |
| 05/10/2024 | SK | | $495.00 | 2.1 | $1,039.50 |
| 05/10/2024 | CM | | $922.00 | 0.3 | $276.60 |
| 05/10/2024 | GW | | $716.00 | 2.8 | $2,004.80 |
| 05/13/2024 | SK | | $495.00 | 4.3 | $2,128.50 |
| 05/13/2024 | GW | | $716.00 | 5.5 | $3,938.00 |
| 05/13/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 05/15/2024 | SK | | $495.00 | 0.2 | $99.00 |
| 05/15/2024 | SK | | $495.00 | 0.2 | $99.00 |
| 05/15/2024 | GW | | $716.00 | 0.3 | $214.80 |
| | | | Totals: | **52.8** | **$33,611.00** |

**Expenses**

| DATE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|------|----------|-------------|------|----------|------------|
| 03/31/2024 | (Not Specified) | | $87.04 | 1.0 | $87.04 |

| 05/06/2024 | Filing Fee | ██████████████ | $150.00 | 1.0 | $150.00 |

|  |  |  |  | Expense Total: | **$237.04** |

## Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|---|---|---|---|---|---|---|
| Interest | Sub-Total | % - Percentage | ████████ | $33,848.04 | 1.5% | $507.72 |
| Interest | Sub-Total | % - Percentage |  | $33,848.04 | 1.5% | $507.72 |
| Interest | Sub-Total | % - Percentage |  | $33,848.04 | 1.5% | $507.72 |
| Interest | Sub-Total | % - Percentage |  | $33,848.04 | 1.5% | $507.72 |
| Interest | Sub-Total | % - Percentage |  | $33,848.04 | 1.5% | $507.72 |
| Interest | Time Entries | % - Percentage |  | $33,611.00 | 1.5% | $504.17 |

|  |  |  |  |  | Addition Total: | **$3,042.77** |

| Time Entry Sub-Total: | $33,611.00 |
|---|---|
| Expense Sub-Total: | $237.04 |
| **Sub-Total:** | $33,848.04 |
| Additions: | $3,042.77 |
| **Total:** | $36,890.81 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$36,890.81** |

## Terms & Conditions:

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a
y a r
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

3 C&D's Completed

| | |
|---|---|
| **Balance** | $8,772.42 |
| **Invoice #** | 02311 |
| **Invoice Date** | May 16, 2024 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | May 16, 2024 |

---

## C&Ds

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 03/25/2024 | CM | █████████████ | $922.00 | 0.4 | $368.80 |
| 03/26/2024 | CM | █████████████ | $922.00 | 0.5 | $461.00 |
| 03/26/2024 | STK | █████████████ | $716.00 | 0.7 | $501.20 |
| 03/27/2024 | SK | █████████████ | $495.00 | 5.3 | $2,623.50 |
| 03/28/2024 | SK | █████████████ | $495.00 | 3.2 | $1,584.00 |
| 03/28/2024 | STK | █████████████ | $716.00 | 0.6 | $429.60 |
| 03/28/2024 | CM | █████████████ | $922.00 | 0.9 | $829.80 |
| 03/28/2024 | VJ | █████████████ | $922.00 | 1.0 | $922.00 |
| 03/29/2024 | SK | █████████████ | $495.00 | 1.5 | $742.50 |
| 03/29/2024 | STK | █████████████ | $716.00 | 0.2 | $143.20 |
| 03/29/2024 | CM | █████████████ | $922.00 | 0.3 | $276.60 |

| Date | Item | | Rate | Hours | Line Total |
|------|------|---|------|-------|-----------|
| 04/01/2024 | SK | | $495.00 | 2.1 | $1,039.50 |
| 04/01/2024 | STK | | $716.00 | 0.7 | $501.20 |
| 04/01/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/02/2024 | SK | | $495.00 | 2.1 | $1,039.50 |
| 04/03/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 04/04/2024 | SK | | $495.00 | 0.9 | $445.50 |
| 04/09/2024 | CM | | $922.00 | 0.2 | $184.40 |
| 04/09/2024 | GW | | $716.00 | 0.9 | $644.40 |
| 04/11/2024 | PP | | $716.00 | 1.7 | $1,217.20 |
| | | | Totals: | **23.4** | **$14,138.30** |

## Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|------|-----------|------|-------------|-------|---------|-----------|
| Discount | Time Entries | $ - Amount | | | | ($6,638.30) |
| Interest | Sub-Total | % - Percentage | | $14,138.30 | 1.5% | $212.07 |
| Interest | Sub-Total | % - Percentage | | $14,138.30 | 1.5% | $212.07 |
| Interest | Sub-Total | % - Percentage | | $14,138.30 | 1.5% | $212.07 |
| Interest | Sub-Total | % - Percentage | | $14,138.30 | 1.5% | $212.07 |
| Interest | Sub-Total | % - Percentage | | $14,138.30 | 1.5% | $212.07 |
| Interest | Sub-Total | % - Percentage | | $14,138.30 | 1.5% | $212.07 |
| | | | | | Discount Total: | **($6,638.30)** |
| | | | | | Addition Total: | **$1,272.42** |

| | |
|---|---|
| Time Entry Sub-Total: | $14,138.30 |
| **Sub-Total:** | $14,138.30 |
| Discounts: | ($6,638.30) |
| Additions: | $1,272.42 |
| **Total:** | $8,772.42 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$8,772.42** |

## Terms & Conditions:

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a
y a r
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

| | |
|---|---|
| **Balance** | $9,088.42 |
| **Invoice #** | 02367 |
| **Invoice Date** | May 31, 2024 |
| **Payment Terms** | Due Date |
| **Due Date** | June 04, 2024 |

## TM Litigation Goldenberry Farms

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 05/16/2024 | GW | | $716.00 | 0.3 | $214.80 |
| 05/17/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 05/17/2024 | GW | | $716.00 | 1.6 | $1,145.60 |
| 05/20/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 05/20/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 05/20/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 05/21/2024 | GW | | $716.00 | 0.3 | $214.80 |
| 05/21/2024 | GW | | $716.00 | 0.4 | $286.40 |
| 05/23/2024 | GW | | $716.00 | 2.5 | $1,790.00 |
| 05/23/2024 | VJ | | $922.00 | 1.5 | $1,383.00 |
| 05/24/2024 | GW | | $716.00 | 0.3 | $214.80 |

| 05/28/2024 | CM | | $922.00 | 0.3 | $276.60 |
|---|---|---|---|---|---|
| 05/28/2024 | NK | | $716.00 | 0.3 | $214.80 |
| 05/28/2024 | GW | | $716.00 | 0.2 | $143.20 |
| 05/28/2024 | JB | | $304.00 | 0.2 | $60.80 |
| 05/28/2024 | PP | | $716.00 | 0.3 | $214.80 |
| 05/30/2024 | JB | | $304.00 | 0.2 | $60.80 |
| 05/30/2024 | GW | | $716.00 | 1.9 | $1,360.40 |
| 05/30/2024 | PP | | $716.00 | 0.6 | $429.60 |
| | | | Totals: | 11.3 | **$8,338.00** |

**Adjustments**

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|---|---|---|---|---|---|---|
| Interest | Sub-Total | % - Percentage | | $8,338.00 | 1.5% | $125.07 |
| Interest | Sub-Total | % - Percentage | | $8,338.00 | 1.5% | $125.07 |
| Interest | Sub-Total | % - Percentage | | $8,338.00 | 1.5% | $125.07 |
| Interest | Sub-Total | % - Percentage | | $8,338.00 | 1.5% | $125.07 |
| Interest | Sub-Total | % - Percentage | | $8,338.00 | 1.5% | $125.07 |
| Interest | Sub-Total | % - Percentage | | $8,338.00 | 1.5% | $125.07 |
| | | | | | Addition Total: | **$750.42** |

| | |
|---|---|
| Time Entry Sub-Total: | $8,338.00 |
| **Sub-Total:** | $8,338.00 |
| Additions: | $750.42 |
| **Total:** | $9,088.42 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$9,088.42** |

**Terms & Conditions:**

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a
y a r
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

| | |
|---|---|
| **Balance** | $63.10 |
| **Invoice #** | 02368 |
| **Invoice Date** | May 31, 2024 |
| **Payment Terms** | Due Date |
| **Due Date** | June 04, 2024 |

## TM Prosecution Goldenberry Farms

### Expenses

| DATE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|
| 05/01/2024 | (Not Specified) | ███████████ | $57.88 | 1.0 | $57.88 |
| | | | | Expense Total: | **$57.88** |

### Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|---|---|---|---|---|---|---|
| Interest | Sub-Total | % - Percentage | ████ | $57.88 | 1.5% | $0.87 |
| Interest | Sub-Total | % - Percentage | ████ | $57.88 | 1.5% | $0.87 |
| Interest | Expenses | % - Percentage | ████ | $57.88 | 1.5% | $0.87 |
| Interest | Sub-Total | % - Percentage | ████ | $57.88 | 1.5% | $0.87 |
| Interest | Sub-Total | % - Percentage | ████ | $57.88 | 1.5% | $0.87 |
| Interest | Sub-Total | % - Percentage | ████ | $57.88 | 1.5% | $0.87 |
| | | | | | Addition Total: | **$5.22** |

| | |
|---|---|
| Expense Sub-Total: | $57.88 |
| **Sub-Total:** | $57.88 |
| Additions: | $5.22 |
| **Total:** | $63.10 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$63.10** |

## Terms & Conditions:

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a y
y a r
a m
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

| | |
|---|---|
| **Balance** | $234.12 |
| **Invoice #** | 02544 |
| **Invoice Date** | May 31, 2024 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | May 31, 2024 |

## TM Litigation Goldenberry Farms

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 05/28/2024 | GW | ███████████████████ | $716.00 | 0.3 | $214.80 |
| | | | Totals: | 0.3 | $214.80 |

### Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|---|---|---|---|---|---|---|
| Interest | Sub-Total | % - Percentage | ██████████ | $214.80 | 1.5% | $3.22 |
| Interest | Sub-Total | % - Percentage | ██████████ | $214.80 | 1.5% | $3.22 |
| Interest | Sub-Total | % - Percentage | ██████████ | $214.80 | 1.5% | $3.22 |
| Interest | Sub-Total | % - Percentage | ██████████ | $214.80 | 1.5% | $3.22 |
| Interest | Sub-Total | % - Percentage | ██████████ | $214.80 | 1.5% | $3.22 |
| Interest | Sub-Total | % - Percentage | ██████████ | $214.80 | 1.5% | $3.22 |
| | | | | | Addition Total: | $19.32 |

| | |
|---|---|
| Time Entry Sub-Total: | $214.80 |
| **Sub-Total:** | $214.80 |
| Additions: | $19.32 |
| **Total:** | $234.12 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$234.12** |

**Terms & Conditions:**

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a
y a r
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

| | |
|---|---|
| **Balance** | $17,534.75 |
| **Invoice #** | 02821 |
| **Invoice Date** | July 1, 2024 |
| **Payment Terms** | Due Date |
| **Due Date** | July 03, 2024 |

## TM Litigation Goldenberry Farms

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 05/31/2024 | PP | | $716.00 | 0.4 | $286.40 |
| 05/31/2024 | GW | | $716.00 | 2.4 | $1,718.40 |
| 06/03/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 06/03/2024 | GW | | $716.00 | 1.4 | $1,002.40 |
| 06/03/2024 | SN | | $716.00 | 2.6 | $1,861.60 |
| 06/03/2024 | JB | | $304.00 | 0.1 | $30.40 |
| 06/04/2024 | JB | | $304.00 | 0.1 | $30.40 |
| 06/04/2024 | CM | | $922.00 | 0.1 | $92.20 |
| 06/04/2024 | NK | | $716.00 | 0.1 | $71.60 |
| 06/04/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 06/04/2024 | GW | | $716.00 | 0.1 | $71.60 |
| 06/04/2024 | PP | | $716.00 | 0.1 | $71.60 |

| DATE | | | | | | |
|------|------|------|------|------|------|------|
| 06/05/2024 | JB | | $304.00 | 1.0 | $304.00 | |
| 06/05/2024 | GW | | $716.00 | 5.2 | $3,723.20 | |
| 06/06/2024 | CM | | $922.00 | 0.3 | $276.60 | |
| 06/06/2024 | GW | | $716.00 | 3.8 | $2,720.80 | |
| 06/07/2024 | GW | | $716.00 | 0.9 | $644.40 | |
| 06/11/2024 | GW | | $716.00 | 0.4 | $286.40 | |
| 06/12/2024 | GW | | $716.00 | 1.1 | $787.60 | |
| 06/12/2024 | SN | | $716.00 | 1.4 | $1,002.40 | |
| 06/14/2024 | GW | | $716.00 | 0.7 | $501.20 | |
| 06/14/2024 | CM | | $922.00 | 0.1 | $92.20 | |
| 06/17/2024 | CM | | $922.00 | 0.1 | $92.20 | |
| | | | Totals: | **22.6** | **$15,831.40** | |

## Expenses

| DATE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|------|----------|-------------|------|----------|------------|
| 06/25/2024 | (Not Specified) | | $480.00 | 1.0 | $480.00 |
| | | | | Expense Total: | **$480.00** |

## Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|------|-----------|------|-------------|-------|---------|------------|
| Interest | Sub-Total | % - Percentage | | $16,311.40 | 1.5% | $244.67 |
| Interest | Sub-Total | % - Percentage | | $16,311.40 | 1.5% | $244.67 |
| Interest | Sub-Total | % - Percentage | | $16,311.40 | 1.5% | $244.67 |
| Interest | Sub-Total | % - Percentage | | $16,311.40 | 1.5% | $244.67 |
| Interest | Sub-Total | % - Percentage | | $16,311.40 | 1.5% | $244.67 |
| | | | | | Addition Total: | **$1,223.35** |

| | |
|---|---|
| Time Entry Sub-Total: | $15,831.40 |
| Expense Sub-Total: | $480.00 |
| **Sub-Total:** | $16,311.40 |
| Additions: | $1,223.35 |
| **Total:** | $17,534.75 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$17,534.75** |

## Terms & Conditions:

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.

**Jayaram PLLC**
54 W 21st Street
Suite 801
New York, NY 10010
United States
516-441-0961

J a
y a r
a m

**Goldenberry Farms LLC**
1330 West Avenue
Miami Beach, FL 33139

| | |
|---|---|
| **Balance** | $431.37 |
| **Invoice #** | 03194 |
| **Invoice Date** | August 6, 2024 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | August 06, 2024 |

## TM Litigation Goldenberry Farms

### Time Entries

| DATE | EE | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|
| 07/12/2024 | SK | ███████████████████ | $495.00 | 0.2 | $99.00 |
| 07/18/2024 | SK | ███████████████████ | $495.00 | 0.1 | $49.50 |
| 07/24/2024 | SN | ███████████████████ | $716.00 | 0.3 | $214.80 |
| 07/30/2024 | SK | ███████████████████ | $495.00 | 0.1 | $49.50 |
| | | | Totals: | **0.7** | **$412.80** |

### Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|---|---|---|---|---|---|---|
| Interest | Sub-Total | % Percentage | ███████████ | $412.80 | 1.5% | $6.19 |
| Interest | Sub-Total | % - Percentage | ███████████ | $412.80 | 1.5% | $6.19 |
| Interest | Sub-Total | % - Percentage | ███████████ | $412.80 | 1.5% | $6.19 |
| | | | | | Addition Total: | **$18.57** |

| | |
|---|---|
| Time Entry Sub-Total: | $412.80 |
| **Sub-Total:** | $412.80 |
| Additions: | $18.57 |
| **Total:** | $431.37 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$431.37** |

## Terms & Conditions:

ACH and Wire Instructions:
Please include the invoice number as an additional reference so we may accurately identify and apply your payment.
Name on Account: Jayaram PLLC
Routing Number: 086300012
Account Number: 127691635
SWIFT: OLNAUS44
.
Please note, clients will be charged a 3% surcharge on payments made by credit card.
A 1.5% charge may be assessed on outstanding balances older than 30 days.